IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-00705-REB-MEH | Date: | December 14, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                      *Counsel:*

JESSLYN DENNIS                                    Michael Samelson

    Plaintiffs,

v.

AETNA LIFE INSURANCE COMPANY          Franz Hardy
                                                              Nicole Irby

    Defendant.

---

**COURTROOM MINUTES
MOTION HEARING**

---

**1:28 p.m.**     **Court in session.**

Court calls case.  Appearances of counsel.

**ORDERED**:          [27] MOTION to Supplement *Record* by Plaintiff Jesslyn Dennis is
                        GRANTED IN PART AND DENIED IN PART.  It is granted to the
                        extent that the defendant will provide the statement.

**ORDERED**:          [28] Motion for Discovery by Plaintiff Jesslyn Dennis is DENIED without
                        prejudice.

**1:54 p.m.**     **Court in recess.**     Hearing concluded.
Total in-court time    00:26

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.