IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00705-REB-MEH

JESSLYN DENNIS,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 12, 2016.**

    The Stipulated Motion for Entry of Stipulation and Protective Order [filed January 11, 2016; docket #42] is **granted**.  The parties' Stipulation and Protective Order is filed contemporaneously.