**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00705-REB-MEH

JESSLYN DENNIS,

     Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the parties' **Stipulation of Dismissal with Prejudice** [#50][1] filed March 9, 2016.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal with Prejudice** is approved;

2. That all pending deadlines are vacated; and

3. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

---

[1] "[#50]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated March 9, 2016, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge